IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARZBAN MODY,<br><br>　　　　Defendant.<br>_____/ | No. CR 05-00334 SBA [WDB]<br><br>**ORDER** |

This matter comes before the Court on Defendant's June 23, 2005 application for order directing the U.S. Marshall to arrange for non-custodial transportation pursuant to 18 U.S.C. § 4285. Defendant lives in Orange County, California, and is scheduled to appear before this Court on June 28, 2005.

According to 18 U.S.C. § 4285, the Court may order the U.S. Marshall to provide non-custodial transportation or furnish the fare for such transportation if the Court is "satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own . . ." Here, Defendant has made no such showing. Instead, Defendant's counsel has merely asserted that "[p]aying for round-trip airfare would work a financial hardship upon Mr. Mody and his wife." (Declaration of Jerome Matthews, ¶ 2.) Because Defendant has failed to demonstrate that he is financially unable to provide the necessary transportation to appear before this Court, his Application is DENIED WITHOUT PREJUDICE. Defendant may renew his request if he can provide sufficient information to enable the Court to make the requisite finding.

IT IS SO ORDERED.

Dated: 6/27/05

　　　　　　　　　　　　　　　　　　　　s/Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge