BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 00334 SBA [WDB] |
|---|---|---|
| Plaintiff, | ) | ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| MARZBAN MODY, | ) | |
| Defendant. | ) | |

  Marzban Mody and his wife live in Irvine, California. He presently is seeking adjustment of his immigration status and anticipates being soon able to work. His current release conditions restrict his travel to Orange County and to the Northern District for court appearances. He is fully compliant with all conditions of his release. In order to permit Mr. Mody to seek and obtain work where his employment chances are greatest,

  IT IS STIPULATED AND AGREED that Mr. Mody's release conditions be modified to permit travel to all counties within the Central District of California. Mr. Mody shall continue to abide by such other and further conditions as Pretrial Services deems appropriate.

STIP MOD REL COND    1

1
2
3  June 24, 2005

4                                          /S/
                                          _____
5                                          JEROME E. MATTHEWS
                                          Assistant Federal Public Defender
6

7
   June  27 , 2005
8                                          /S/
                                          _____
9                                          STEPHEN CORRIGAN
                                          Assistant United States Attorney
10

11 June ___, 2005

12                                         /S/
                                          _____
13                                         TAIFA GASKINS
                                          Pretrial Services Officer
14
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
15 "conformed" signature (/S/) within this e-filed document.

16         Good cause appearing therefor, IT IS ORDERED that Marzban Mody's release

17 conditions be modified as set forth in the foregoing stipulation.  Mr. Mody shall continue to

18 abide by such other and further conditions as Pretrial Services deems appropriate.

19

20 Dated:   July 5, 2005

21

22                                         /S/   WAYNE D. BRAZIL
                                          _____
                                          WAYNE D. BRAZIL
23                                         United States Magistrate Judge

24
25
26

STIP MOD REL COND                      2