1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MARZBAN MODY
6

**FILED**

JUL 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05 00334 SBA [WDB] |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| vs. | |
| MARZBAN MODY, | |
| Defendant. | |

**Submitting Counsel are directed to serve this order upon all other parties in this action.**

Defendant Marzban Mody, being required to appear in this Court on July 26, 2005, having qualified for legal representation at the government's expense, and good cause appearing therefor, IT IS ORDERED that the United States Marshal for the Central District of California arrange one-way non-custodial air transportation for Mr. Mody to travel from Oakland, California to Orange County on July 26, 2005. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Mody's trip in lieu of providing such transportation.

Dated: July 19, 2005

CLAUDIA WILKEN
United States District Judge

APP/ORDER RE AIRFARE                    1