BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 00334 SBA [WDB] |
| Plaintiff, | ) | ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| vs. | ) | |
| MARZBAN MODY, | ) | |
| Defendant. | ) | |

Defendant Marzban Mody, being required to appear in this Court on October 11, 2005, having qualified for legal representation at the government's expense, and good cause appearing therefor, IT IS ORDERED that the United States Marshal for the Central District of California arrange one-way non-custodial air transportation for Mr. Mody to travel from Oakland, California to Orange County on October 11, 2005.  Alternatively, the United States Marshal may furnish the necessary fare for Mr. Mody's trip in lieu of providing such transportation.

Dated: October  4 , 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

APP/ORDER RE AIRFARE              1