1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MARZBAN MODY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   No. CR-05 00334 SBA [WDB]
                                 )
12 |            Plaintiff,       )   STIPULATION AND ORDER
                                 )   MODIFYING RELEASE CONDITIONS
13 | vs.                         )
                                 )
14 | MARZBAN MODY,               )
                                 )
15 |            Defendant.       )
                                 )
16

17
        Marzban Mody is out of custody in this matter, but subject to electronic monitoring. He
18
   resides in Irvine, California, and is being supervised by Pretrial Services in the Central District.
19
   He has no prior criminal history and, to date, he is fully compliant with his release conditions.
20
   IT THEREFORE IS STIPULATED AND AGREED that Mr. Mody's release conditions be
21
   modified to remove the condition that he be subject to electronic monitoring. Mr. Mody shall
22
   continue to comply with his other release conditions, and such other conditions as Pretrial
23
   Services may deem appropriate.
24

25

26

   STIP/ORD                          1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 13, 2005 | /S/ |
| 3 | | STEPHEN G. CORRIGAN |
| | | Assistant United States Attorney |
| 4 | | |
| | | /S/ |
| 5 | Dated: 10/13/05 | |
| | | JEROME E. MATTHEWS |
| 6 | | Assistant Federal Public Defender |
| 7 | | /S/ |
| | Dated: | |
| 8 | | ANDRE GOULART |
| | | U.S. Pretrial Services Officer |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Good cause appearing therefor, IT IS ORDERED that Mr. Mody's release conditions be modified such that he no longer is subject to electronic monitoring. Mr. Mody shall continue to abide by the terms of his release, and by such other conditions as Pretrial Services deems appropriate.

Dated: October 17, 2005

WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                                2