BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 00334 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND  ORDER WAIVING APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| MARZBAN MODY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Marzban Mody is out of custody in this matter.  He resides in Irvine, California, and is being supervised by Pretrial Services in the Central District.  He has no prior criminal history and, to date, he is fully compliant with his release conditions.

   This matter is presently scheduled for a motions setting or status conference on December 13, 2005.  Because the appearance will comprise non-dispositive matters and Mr. Mody does not have the funds to pay the round-trip airfare from Orange County to Oakland, IT IS STIPULATED AND AGREED that Mr. Mody's appearance on December 13, 2005 is WAIVED.  The parties represent that Mr. Mody is aware of this appearance, that he understands his right to be present at the appearance, that he voluntarily waives his right to be present at the appearance, and, further, that he

STIP/ORD                  1

1  consents to any order that may be entered by the Court excluding time under the Speedy Trial Act.

2

3

4  Dated: December 8, 2005                           /S/
                                                STEPHEN G. CORRIGAN
5                                               Assistant United States Attorney

6
   Dated: December 8, 2005                           /S/
7                                               JEROME E. MATTHEWS
                                                Assistant Federal Public Defender
8
   I hereby attest that I have on file all holograph signatures for any signatures for any
9
   signatures indicated by a "conformed" signature (/S/) within this efiled document.
10

11     Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS

12  that there is good cause to waive Mr. Mody's appearance at the motions setting/status conference

13  presently scheduled for December 13, 2005.

14     Based on these findings, IT IS HEREBY ORDERED that Mr. Mody's appearance on

15  December 13, 2005 is WAIVED.

16

17     IT IS SO ORDERED.

18

19

20  Dated:  December _7 , 2005            _____/s/ Saundra B Armstrong_____
                                                SAUNDRA BROWN ARMSTRONG
21                                              United States District Judge

22

23

24

25

26

STIP/ORD                                        2