BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05 00334 SBA [WDB] |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | MODIFYING RELEASE CONDITIONS |
| vs. ) | |
| ) | |
| MARZBAN MODY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     Marzban Mody is out of custody in this matter. He resides in Irvine, California, and is being supervised by Pretrial Services in the Central District. He has no prior criminal history and he is fully compliant with his release conditions.

     Mr. Mody has relatives by marriage who live in the State of Arizona, and would appreciate the opportunity to visit with them. These relatives also would like to take Mr. Mody and his family to Las Vegas, Nevada, for a brief vacation. His travel presently is restricted to areas within or near the Central District.

     IT IS THEREFORE STIPULATED AND AGREED that Mr. Mody's travel restrictions be enlarged to include the District of Arizona. Mr. Mody may also travel to the State of Nevada

STIP/ORD                                    1

1  after first discussing his itinerary with and obtaining the approval of Pretrial Services.

                                                    /S/

Dated: 10/12/06  _____
                                STEPHEN G. CORRIGAN
                                Assistant United States Attorney

                                                    /S/

Dated: 10/13/06  _____
                                JEROME E. MATTHEWS
                                Assistant Federal Public Defender

                                                    /S/

Dated: 10/13/06  _____
                                ANDRE GOULART
                                U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

      Good cause appearing therefor, IT IS ORDERED that Marzban Mody's travel restrictions be enlarged to include the District of Arizona, and that Mr. Mody be permitted to travel to Las Vegas, Nevada, provided he first provide his itinerary to and obtain the approval of Pretrial Services. Mr. Mody shall remain subject to such other conditions as Pretrial Services deems appropriate.

Dated: October 17, 2006

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, /s/ Wayne D. Brazil, Judge Wayne D. Brazil]*

                                _____
                                WAYNE D. BRAZIL
                                United States Magistrate Judge