FILED

DEC 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MARZBAN MODY
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-05 00334 SBA [WDB]
                                    )
12              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                    )   ORDER MODIFYING RELEASE
13 vs.                              )   CONDITIONS
                                    )
14 MARZBAN MODY,                    )
                                    )
15              Defendant.          )
                                    )
16

17
           Marzban Mody is out of custody in this matter. He resides in Irvine, California, and is
18
   being supervised by Pretrial Services in the Central District. He has no prior criminal history and
19
   he is fully compliant with his release conditions.
20
           Mr. Mody and his family wish to visit with friends in San Diego during the Christmas and
21
   New Year's holidays, and from time to time thereafter. His travel has been restricted to areas
22
   within or near the Central District, and recently was enlarged to include the District of Arizona.
23
           IT IS THEREFORE STIPULATED AND AGREED that Mr. Mody's travel restrictions
24
   be enlarged to include San Diego and the Southern District of California. Mr. Mody shall
25
   continue to abide by existing conditions of his release, and such other conditions as Pretrial
26

STIP/ORD

*cc: WDB's Stats, Copy to parties of record via ECF Pretrial, Lisa, Financial*

1  Services may deem appropriate.

2                                                              /S/

3  Dated: 12/12/06
                                                        _____
                                                        STEPHEN G. CORRIGAN
4                                                       Assistant United States Attorney

5
                                                              /S/
6  Dated: 12/12/06
                                                        _____
                                                        JEROME E. MATTHEWS
7                                                       Assistant Federal Public Defender

8
                                                              /S/
9  Dated:12/19/06
                                                        _____
                                                        ANDRE GOULART
10                                                      U.S. Pretrial Services Officer

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

12  "conformed" signature (/S/) within this e-filed document.

13       Good cause appearing therefor, IT IS ORDERED that Marzban Mody's travel restrictions

14  be enlarged to include the San Diego and the Southern District of California.  Mr. Mody shall

15  remain subject to such other conditions as Pretrial Services deems appropriate.

16

17  Dated: December 19, 2006                            _____
                                                        WAYNE D. BRAZIL
18                                                      United States Magistrate Judge