BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00334 SBA [WDB] |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | |
| MARZBAN MODY, | |
| Defendant. | |

     Marzban Mody is out of custody in this matter. He resides in Irvine, California, and is being supervised by Pretrial Services in the Central District. He has no prior criminal history and he is fully compliant with his release conditions.

     Mr. Mody and his family wish to travel to Las Vegas, Nevada, on August 15, 2007, for a brief visit. His travel presently is restricted to the Central and Southern Districts of California, and the District of Arizona.

     IT IS THEREFORE STIPULATED AND AGREED that Mr. Mody be permitted to travel to Las Vegas, Nevada. Mr. Mody will confirm his itinerary with Pretrial Services, and shall continue to abide by existing conditions of his release, and such other conditions as Pretrial

STIP/ORD           1

Services may deem appropriate.

Dated:                                                          /S/
                                                     _____
                                                     STEPHEN G. CORRIGAN
                                                     Assistant United States Attorney

Dated:                                                          /S/
                                                     _____
                                                     JEROME E. MATTHEWS
                                                     Assistant Federal Public Defender

Dated:                                                          /S/
                                                     _____
                                                     ANDRE GOULART
                                                     U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that Marzban Mody may travel to Las Vegas, Nevada, beginning August 15, 2007. He shall confirm his itinerary with Pretrial Services and shall remain subject to such other conditions as Pretrial Services deems appropriate.

Dated: August  15, 2007
                                                     _____
                                                     WAYNE D. BRAZIL  JOSEPH C. SPERO
                                                     United States Magistrate Judge