BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00334 SBA [WDB] |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | |
| MARZBAN MODY, | |
| Defendant. | |

     Marzban Mody is out of custody in this matter. He resides in Irvine, California, and is being supervised by Pretrial Services in the Central District. He has no prior criminal history and he is fully compliant with his release conditions.

     Mr. Mody and his family wish to travel to Las Vegas, Nevada, on August 22, 2007, and periodically thereafter. His travel presently is restricted to the Central and Southern Districts of California, and the District of Arizona.

     IT IS THEREFORE STIPULATED AND AGREED that Mr. Mody's area of travel be enlarged to include the District of Nevada. Mr. Mody will confirm any out of state travel with Pretrial Services, if directed to do so by his Pretrial Services Officer, and shall continue to abide

STIP/ORD                                    1

by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated:
/S/
_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated:
/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated:
/S/
_____
ANDRE GOULART
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the area of Marzban Mody's travel be enlarged to include the District of Nevada. He shall confirm any out of state travel with his Pretrial Services Officer, if directed to do so, and shall remain subject to such other conditions as Pretrial Services deems appropriate.

Dated: August 21, 2007
_____
Joseph C. Spero
Magistrate Judge

STIP/ORD                                2