BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 00334 SBA [WDB] |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER MODIFYING RELEASE |
| vs. | ) | CONDITIONS |
| | ) | |
| MARZBAN MODY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Marzban Mody is out of custody in this matter. He resides in Irvine, California, and is being supervised by Pretrial Services in the Central District. He has no prior criminal history and he is fully compliant with his release conditions.

    Mr. Mody has obtained employment as a consultant that will require frequent travel to Nevada, Arizona and Texas. His travel presently is restricted to the Central and Southern Districts of California, the District of Arizona and the District of Nevada.

    IT IS THEREFORE STIPULATED AND AGREED that Mr. Mody's area of travel be enlarged to include the various Districts of Texas. Mr. Mody must confirm any out of state travel with Pretrial Services, and shall continue to

STIP/ORD

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Lisa

abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: November 26, 2007

/S/
STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated: November 13, 2007

/S/
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: November 26, 2007

/S/
ANDRE GOULART
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the area of Marzban Mody's travel be enlarged to include the various Districts of Texas. He shall confirm any out of state travel with his Pretrial Services Officer, ~~if directed to do so~~, and shall remain subject to such other conditions as Pretrial Services deems appropriate.

Dated: November 26, 2007

Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge