| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
|   | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
|   | Telephone: (510) 637-3500 |
| 5 | |
|   | Counsel for Defendant MARZBAN MODY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05 00334 SBA [WDB] |
|---|---|
| Plaintiff, | ) STIPULATION AND MODIFYING |
| | ) RELEASE CONDITIONS |
| vs. | ) |
| MARZBAN MODY, | ) |
| Defendant. | ) |

    Marzban Mody has remained free on a $100,000 bond since the inception of this case nearly three years ago. He is being supervised by Pretrial Services in the Central District, has no prior criminal history and, to date, he is fully compliant with his release conditions. Since his release, his conditions have been modified to permit travel within the Central and Southern Districts of California, the District of Arizona, the District of Texas and the District of Nevada in connection with his employment as a business consultant.

    IT IS STIPULATED AND AGREED that Mr. Mody's release conditions be modified to reduce the level of supervision from "Intensive Pretrial Supervision" to "Pretrial Supervision." Mr. Mody shall continue to abide by the other existing conditions of his release, and such other

STIP/ORD                                                1

conditions as Pretrial Services may deem appropriate.

Dated: 2/29/08

/S/
_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated: 2/27/08

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: 2/28/08

/S/
_____
STACEY BARRIOS
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that Mr. Mody's release conditions be modified to reduce the level of supervision from "Intensive Pretrial Supervision" to "Pretrial Supervision." Mr. Mody shall continue to abide by the other existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: March 10, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD        2