1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 00334 SBA [WDB] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | MODIFYING RELEASE CONDITIONS |
| MARZBAN MODY, | ) | |
| Defendant. | ) | |

    Marzban Mody is out of custody in this matter. He resides in Irvine, California, and is being supervised by Pretrial Services in the Central District. He has no prior criminal history and he is fully compliant with his release conditions.

    Mr. Mody has been working as a consultant at Countrywide Group, Inc., a franchisor of Indian food restaurants. Mr. Mody's job requires frequent travel. This Court previously has enlarged his travel to include the Districts of Texas, Nevada, and Arizona, and the Central and Southern Districts of California.

    IT IS THEREFORE STIPULATED AND AGREED that Mr. Mody's travel restrictions be removed, and that he be permitted to travel about the country as his employment may from

STIP/ORD    1

time to time require.  Mr. Mody will confirm any out of state travel with his Pretrial Services Officer, and shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

/S/

Dated: April 17, 2008  _____
STEPHEN G. CORRIGAN
Assistant United States Attorney

/S/

Dated: April 17, 2008  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/S/

Dated: April 17, 2008  _____
CAMRON PITCHER
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the Marzban Mody's travel restrictions be removed, and that he be permitted to travel about the country as his employment may from time to time require.  Mr. Mody will confirm any out of state travel with his Pretrial Services Officer, and shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: April 21, 2008  _____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                                        2