1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 00334 SBA [WDB] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND MODIFYING |
| | ) | RELEASE CONDITIONS |
| vs. | ) | |
| MARZBAN MODY, | ) | |
| Defendant. | ) | |

     Marzban Mody has remained free on a $100,000 bond since the inception of this case nearly three years ago.  He is being supervised by Pretrial Services in the Central District, has no prior criminal history and, to date, he is fully compliant with his release conditions.  Since his release, his conditions have been modified first to permit travel within the Central and Southern Districts of California, the District of Arizona, the District of Texas and the District of Nevada in connection with his employment as a business consultant, and subsequently to permit travel without restrictions.

     At the suggestion of Pretrial Services Officer Camron Pitcher, IT IS STIPULATED AND AGREED that Mr. Mody's release conditions be modified to reduce the level of

STIP/ORD                              1

supervision from "Routine Supervision" to "Minimum Supervision." Mr. Mody shall continue to abide by the other existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: November 18, 2008      _____/S/_____
                              STEPHEN G. CORRIGAN
                              Assistant United States Attorney

Dated:      November 18, 2008   _____/S/_____
                              JEROME E. MATTHEWS
                              Assistant Federal Public Defender

Dated: November 18, 2008      _____/S/\_ _____
                              CAMRON PITCHER
                              U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this e-filed document.

  Good cause appearing therefor, IT IS ORDERED that Mr. Mody's release conditions be modified to reduce the level of supervision from "Routine Supervision" to "Minimum Supervision." Mr. Mody shall continue to abide by the other existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: November 20, 2008      _____
                              WAYNE D. BRAZIL
                              United States Magistrate Judge

STIP/ORD                              2