BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                          Plaintiff,      )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>MARZBAN MODY,                            )<br>                                                              )<br>                          Defendant.  )<br>_____) | No. CR-05 00334 SBA [WDB]<br><br>STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS TO RELEASE PASSPORT AND PERMIT FOREIGN TRAVEL |

     Marzban Mody has remained free on a $100,000 bond since the inception of this case nearly three years ago. He is being supervised by Pretrial Services in the Central District, has no prior criminal history and, to date, he is fully compliant with his release conditions. Since his release, his conditions have been modified first to permit travel within the Central and Southern Districts of California, the District of Arizona, the District of Texas and the District of Nevada in connection with his employment as a business consultant, and subsequently to permit travel without restrictions. At the suggestion of Pretrial Services Officer Camron Pitcher, Mr. Mody's release conditions were modified to reduce the level of supervision from "Routine Supervision" to "Minimum Supervision."

STIP/ORD                                                                         1

Mr. Mody's mother lives in India and is very ill.  He plans to travel to India in order to arrange her transportation to the United States, where he can provide care and support.

In light of the foregoing, IT IS STIPULATED AND AGREED that Mr. Mody may travel to India for the purposes stated in this stipulation.  Mr. Mody shall first submit his itinerary to Pretrial Services, and he shall return to the United States no later than three weeks following his departure.  IT IS FURTHER STIPULATED AND AGREED that the Clerk of the Court may release Mr. Mody's passport and any other documents in the Clerk's possession necessary to travel abroad.  Mr. Mody shall surrender his passport and any other related documents to the Clerk upon his return.  Mr. Mody shall continue to abide by the other existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

/S/

Dated: May 18, 2009  _____
STEPHEN G. CORRIGAN
Assistant United States Attorney

/S/
Dated: May 18, 2009  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/S/
Dated: May 18, 2009  _____
CAMRON PITCHER
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that Mr. Mody's release conditions be modified to permit his travel to India under the terms of and for the purposes stated in this stipulation.  Mr. Mody shall first submit his itinerary to Pretrial Services.  IT IS FURTHER ORDERED that the Clerk of the Court may release Mr. Mody's passport and any other documents in the Clerk's possession necessary to travel abroad.  Mr. Mody shall surrender his

1 | passport and any other related documents to the Clerk upon his return.  Mr. Mody shall continue
2 | to abide by the other existing conditions of his release, and such other conditions as Pretrial
3 | Services may deem appropriate.

Dated: May 18, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge