1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant MARZBAN MODY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00334 SBA |
| Plaintiff, | STIPULATION AND ORDER RELEASING PASSPORT |
| vs. | |
| MARZBAN MODY, | |
| Defendant. | |

   This Court sentenced Marzban Mody to a three-year term of probation on July 20, 2011. With the permission of his probation officer, Mr Mody intends to travel to India to care for his mother. Pretrial Services in the Central District presently has Mr Mody's passport, but cannot release it to him without an order from this Court.

   In light of the foregoing, IT IS STIPULATED AND AGREED that U.S. Pretrial Services may release to Mr Mody his passport.

STIP/ORD                                       1

1  Dated: September 28, 2011                    /S/
                                                STEPHEN G. CORRIGAN
2                                               Assistant United States Attorney

3

4  Dated: September 28, 2011                    /S/
                                                JEROME E. MATTHEWS
5                                               Assistant Federal Public Defender

6

7
   Good cause appearing therefor, IT IS ORDERED that U.S. Pretrial Services release
8
   Marzban Mody's passport forthwith.
9

10
   Dated: 9/29/11                               Saundra B Armstrong
11                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
12

STIP/ORD                       2